

# U.S. DISTRICT COURT DISTRICT OF NEW JERSEY

## APPLICATION FOR REFUND OF FEES PAID ELECTRONICALLY

**Background:**

Pursuant to the Court's Electronic Case Filing Policies and Procedures at Paragraph #5, when a document has been filed electronically, the official record of the document is the electronic recording as stored by the court, and the filing party is bound by the document filed. A document filed electronically is deemed filed on the date and time stated on the Notice of Electronic Filing from the Court.

Judicial Conference Policy generally prohibits the refund of fees, however refunds may be issued upon approval under limited circumstances, such as:

a. When an overpayment has been made by the filer, or

b. When a duplicate, identical complaint, notice of removal, a notice of appeal, petition for writ of habeas corpus, or pro hac vice request for NEF is filed more than once by the same attorney or the same law firm.

1. A request for a refund of fees paid via **Pay.gov** shall be made by this application which must be filed electronically with the Clerk of Court.

2. Upon filing, the Clerk's Office will review the application and, if appropriate, issue a Clerk's Order approving a refund, signed by the Clerk or his/her designee.

3. All other applications for refund will be directed to the assigned judge.

4. The Finance Department will issue a refund through Pay.gov against the credit card used. Refunds for ACH transactions require a check be issued by the Clerk of Court. (If it was an ACH transaction, please indicate the payee name and address that the check will be sent to below.)

Name: Leena Khandwala          Case number: 2:26-cv-05604-SDW

Date of request: 5.31.26          Date of transaction: 5.15.26

Current address: 123 Washington Street, 4th Floor, Newark, NJ 07102

**Receipt** number or **Pay.gov** tracking ID number: ANJDC-17429658

Reason for refund: I am requesting a refund of $400, because I inadvertently used the Complaint event to pay the filing fee instead of the event for a habeas petition.

.

**\*\*Please attach a copy of all receipts associated with the filing.\*\***

 Outlook

**Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT**

From do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Date Fri 5/15/2026 7:17 PM
To   Leena Khandwala <leena.khandwala@rutgers.edu>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 6734410
Court: NEW JERSEY DISTRICT COURT
Amount: $405.00
Tracking Id: ANJDC-17429658
Approval Code: 01510Q
Card Number: ************0705
Date/Time: 05/15/2026 07:16:57 ET

Person Completing Transaction: Leena Khandwala
Attorney Name: Leena Khandwala
Attorney Email: Leena Immigrant Rights Khandwala

NOTE: This is an automated message. Please do not reply

SO ORDERED this ___1st___ day

of ____June____ 20__26__

_____
United States District Judge